**Dismiss and Opinion Filed August 14, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00498-CR

## ONOFRE ORTIZ-SANTIAGO, APPELLANT

## V.

## THE STATE OF TEXAS, APPELLEE

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-52626-M

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
130498F.U05